No. 02–1736. MEYER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–1737. SPERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–1739. YOUNG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–1741. MCKNIGHT v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 02–1742. JENNINGS v. MICHIGAN. Cir. Ct. Kalamazoo County, Mich. Certiorari denied.

No. 02–1743. CARPENTER v. CHILDREN AND YOUTH SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–1744. YOUNG ET AL. v. CITY OF JACKSONVILLE, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–1745. TRAVELERS INSURANCE CO. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–1746. SANDWICH CHEF OF TEXAS, INC., DBA WALL STREET DELI v. RELIANCE NATIONAL INDEMNITY INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1749. HI-HEALTH SUPERMART CORP. v. LANSDALE. C. A. 9th Cir. Certiorari denied.

No. 02–1750. HYDE ET AL. v. INTERNATIONAL PAPER CO. C. A. 11th Cir. Certiorari denied.

No. 02–1751. ARENAS-MORALES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1754. BATTEN ET AL. v. GOMEZ ET AL. C. A. 4th Cir. Certiorari denied.